**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MELISSA M. NEYLON, et al., | Case No.: 1:16-cv-00712 AWI JLT |
| Plaintiffs, | ORDER GRANTING STIPULATION FOR AN EXTENSION OF TIME TO FILE THE RESPONSIVE PLEADING |
| v. | |
| COUNTY OF INYO, et al., | (Doc. 10) |
| Defendants. | |

The parties agree that the defendants may have until August 1, 2016 to file their responsive pleading. (Doc. 10)  Good cause appearing, the Court **ORDERS**:

   1.    The stipulation is **GRANTED**;

   2.    Defendants SHALL file their responsive pleading no later than August 1, 2016.

IT IS SO ORDERED.

   Dated:    **June 23, 2016**                    **/s/ Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE

1