# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA M. NEYLON and SHAWN P. NEYLON,<br><br>**Plaintiffs**<br><br>v.<br><br>COUNTY OF INYO, INYO COUNTY SHERIFF'S OFFICE, BILL LUTZE, DOUGLAS RICHARDS, and DOES 1 to 50,<br><br>**Defendants** | CASE NO. 1:16-CV-0712 AWI JLT<br><br>**ORDER RE REQUEST TO FILE A SUR-REPLY**<br><br>(Doc. No. 19) |

Currently pending before the Court is Defendants' motion to dismiss.  On February 3, 2017, Plaintiff requested permission to file a supplemental brief in response to a corrected reply brief by Defendants.  See Doc. No. 41.  The Court has reviewed the supplemental brief, which is in the nature of a sur-reply, and finds that consideration of the arguments made therein would be helpful.  The Court will consider Plaintiff's sur-reply, and permit Defendants the opportunity to file a response.

Accordingly, IT IS HEREBY ORDERED that:

1.     The Court will consider Plaintiff's sur-reply/supplemental briefing (Doc. No. 41);

2.     No later than February 14, 2017, Defendants shall file a response to Plaintiff's sur-reply/supplemental briefing.[1]

IT IS SO ORDERED.

Dated:   February 7, 2017        _____
                                               SENIOR  DISTRICT  JUDGE

---

[1] The Court is disinclined to accept further briefing, unless the Court itself expressly requests such briefing.