Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, California 95814
Telephone:  (916) 443-6911
Facsimile:  (916) 447-8336
E-Mail:  mark@markmerin.com
  paul@markmerin.com

Attorneys for Plaintiffs
MELISSA M. NEYLON and
SHAWN P. NEYLON

PORTER | SCOTT
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
Jeffrey A. Nordlander, SBN 308929
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
COUNTY OF INYO, WILLIAM R. LUTZE, RALPH
DOUGLAS RICHARDS, and MICHAEL DURBIN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MELISSA M. NEYLON, et al.,<br><br>  Plaintiffs,<br><br>vs.<br><br>COUNTY OF INYO, et al.,<br>  Defendants. | Case No. 1:16-cv-00712-AWI-JLT<br><br>**[PROPOSED] CLOSING THE CASE AS TO PLAINTIFF SHAWN P. NEYLON** |

The parties, Plaintiffs Melissa M. Neylon and Shawn P. Neylon (collectively, "Plaintiffs") and Defendants County of Inyo, William R. Lutze, Ralph Douglas Richards, and Michael Durbin (collectively, "Defendants"), have stipulated to the dismissal of Plaintiff Shawn P. Neylon and his associated claim (Ninth Claim for "Loss of Consortium") from this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

1

**[PROPOSED] ORDER GRANTING DISMISSAL OF SHAWN P. NEYLON**
*Neylon v. County of Inyo*, United States District Court, Eastern District of California, Case No. 1:16-cv-00712-AWI-JLT

Federal Rules of Civil Procedure 41 permits the plaintiff to dismiss an action without a court order "by filing . . . a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). Because all parties who have appeared in the action signed the stipulation (Doc. 79), it "automatically terminate[d] the action." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is **DIRECTED** to close this action **as to Shawn Neylon only**.

IT IS SO ORDERED.

Dated: **August 16, 2017**            **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

2

**[PROPOSED] ORDER GRANTING DISMISSAL OF SHAWN P. NEYLON**
*Neylon v. County of Inyo*, United States District Court, Eastern District of California, Case No. 1:16-cv-00712-AWI-JLT