**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
Daniel J. Bardzell, SBN 313993
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
Attorneys for Defendants
COUNTY OF INYO; WILLIAM R. LUTZE;
RALPH DOUGLAS RICHARDS; and MICHAEL DURBIN

Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, California 95814
TEL: (916) 443-6911
FAX: (916) 447-8336
Attorneys for Plaintiff
MELISSA M. NEYLON

UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA M. NEYLON AND SHAWN P. NEYLON,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF INYO, WILLIAM R. LUTZE, RALPH DOUGLAS RICHARDS, MICHAEL DURBIN, and DOES 1 to 50,<br><br>Defendants. | CASE NO. 1:16-cv-00712-AWI-JLT<br><br>**JOINT STIPULATION TO EXTEND EXPERT WITNESS DISCOVERY DEADLINE AND DISPOSITIVE MOTION FILING AND HEARING DEADLINE; [PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART**<br><br>(Doc. 67) |

This Stipulation is entered into by and between Plaintiffs MELISSA M. NEYLON and Defendants COUNTY OF INYO; WILLIAM R. LUTZE; RALPH DOUGLAS RICHARDS; and MICHAEL DURBIN, through counsel of record. The Parties have conferred and agree to continue the expert discovery deadline for 60 days, from March 9, 2018, to May 8, 2018. The Parties further agree to extend the date to file a dispositive motion for 30 days, from April 30, 2018 to May 30,

{01779043.DOCX}　　1
**JOINT STIPULATION TO EXTEND EXPERT DISCOVERY DEADLINE AND DISPOSITIVE MOTION FILING AND HEARING DEADLINE; [PROPOSED] ORDER**

PORTER | SCOTT
350 University Avenue, Suite 200
Sacramento, CA 95825

2018 and the date for dispositive motions to be heard for 30 days, from June 11, 2018 to July 11, 2018.

The parties have good cause to request an extension for the expert discovery deadline because the parties are working cooperatively to schedule expert deposition(s) but need additional time as a result of scheduling issues involving both counsel and the experts. Therefore, all parties join in requesting an extension of the expert discovery deadline.

The parties also have good cause to extend the date to file a dispositive motion and have such motions heard because of the additional time required to complete expert deposition(s). Therefore, all parties join in requesting an extension of the date to file a dispositive motion and have such motions heard.

The parties stipulate to extend the expert discovery deadline for 60 days to May 8, 2018. The parties stipulate to extend the date to file a dispositive motion for 30 days to May 30, 2018 and the date for dispositive motions to be heard for 30 days to July 11, 2018.

Trial is presently scheduled to commence on October 2, 2018.

**IT IS SO STIPULATED.**

Dated: February 22, 2018  PORTER SCOTT
A PROFESSIONAL CORPORATION

By  /s/Carl L. Fessenden
Carl L. Fessenden
Dan J. Bardzell
Attorneys for Defendants

Dated: February 22, 2018  LAW OFFICE OF MARK E. MERIN

By  /s/Mark E. Merin (authorized 02/22/18)
Mark E. Merin
Paul H. Masuhara
Attorneys for Plaintiff MELISSA M. NEYLON

{01779043.DOCX}  2

**JOINT STIPULATION TO EXTEND EXPERT DISCOVERY DEADLINE AND DISPOSITIVE MOTION FILING AND HEARING DEADLINE; [PROPOSED] ORDER**

# [~~PROPOSED~~] ORDER

The parties report that they've had difficulty scheduling depositions of their experts. They don't explain why this difficulty exists, the specific cause of the difficulty or when they discovered they would be unable to complete the expert discovery as required by the scheduling order. Notably, in their joint scheduling report, they sought only 60 days to complete expert discovery (Doc. 24 at 4) and the Court granted this request (Doc. 28 at 3). Now they seek an additional 60 days for expert discovery.

The parties propose an amended schedule but fail to provide sufficient time for Judge Ishii to decide dispositive motions (eight weeks from the filing of the motion is needed) or sufficient time between the pretrial conference and the trial (eight weeks is needed for the filing and decision on the in limine motions). Consequently, the proposed schedule is unworkable for the Court. Thus, the Court **ORDERS**:

1. The stipulation to amend the case schedule is **GRANTED in PART** and **DENIED in PART** as follows:
   a. The expert discovery deadline is continued to May 8, 2018;
2. **Absolutely no other amendments to the case schedule are authorized.**

IT IS SO ORDERED.

Dated: **February 26, 2018**       **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

{01779043.DOCX}   1
**JOINT STIPULATION TO EXTEND EXPERT WITNESS DISCLOSURE AND REBUTTAL/SUPPLEMENTAL DEADLINE; [PROPOSED] ORDER**