**PORTER | SCOTT**

A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
Daniel J. Bardzell, SBN 313993
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
Attorneys for Defendants
COUNTY OF INYO; WILLIAM R. LUTZE;
RALPH DOUGLAS RICHARDS; and MICHAEL DURBIN

Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, California 95814
TEL: (916) 443-6911
FAX: (916) 447-8336
Attorneys for Plaintiff
MELISSA M. NEYLON

PORTER | SCOTT
350 University Avenue, Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706

## UNITED STATED DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA M. NEYLON AND SHAWN P. NEYLON, | CASE NO.  1:16-cv-00712-AWI-JLT |
| Plaintiff, | **JOINT STIPULATION TO CONTINUE SETTLEMENT CONFERENCE; [~~PROPOSED~~] ORDER** |
| v. | |
| COUNTY OF INYO, WILLIAM R. LUTZE, RALPH DOUGLAS RICHARDS, MICHAEL DURBIN, and DOES 1 to 50, | (Doc. 69) |
| Defendants. | |

///

///

///

///

///

{01789477.DOCX}                                         1

**JOINT STIPULATION TO CONTINUE SETTLEMENT CONFERENCE; [~~PROPOSED~~] ORDER**

PORTER | SCOTT
350 University Avenue, Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706

1    This Stipulation is entered into by and between Plaintiffs MELISSA M. NEYLON and

2  Defendants COUNTY OF INYO; WILLIAM R. LUTZE; RALPH DOUGLAS RICHARDS; and

3  MICHAEL DURBIN, through counsel of record.  The Parties have conferred and agree to continue

4  the Settlement Conference, from March 19, 2018, to July 16, 2018 or to a date convenient to the

5  Court after Defendants' Motion for Summary Judgment has been decided.

6    The parties have engaged in meet and confer efforts regarding Defendants' forthcoming

7  Motion for Summary Judgment but have been unable to narrow the issues in dispute at this time.

8  Defendants are preparing to file this motion which they believe is dispositive.  Plaintiff disagrees

9  that this motion will be dispositive.

10   The parties have conducted preliminary settlement discussions in preparing for the

11 upcoming Settlement Conference and maintain vastly divergent views on both liability and

12 damages in this case.  Defendants believe that the Court's ruling on Defendants' anticipated Motion

13 for Summary Judgment will be greatly helpful in narrowing and/or solidifying the issues in dispute,

14 if any, and furthering settlement discussions.   Indeed, based on the preliminary settlement

15 discussions, the settlement conference may not be very fruitful because of the issues on the

16 anticipated Motion for Summary Judgment.  Therefore, the parties submit there exists good cause to

17 continue the Settlement Conference to July 16, 2018 or to a date convenient to the Court after

18 Defendants' Motion for Summary Judgment has been decided.

19   The parties are mindful of the Court's Order dated February 26, 2018 which continued the

20 expert discovery deadline in this case to May 8, 2018 and further ordered that no other amendments

21 to the case schedule are authorized.  The parties respectfully submit that it does not affect the case

22 calendar to move the Settlement Conference to a more fruitful date after the parties have fully

23 briefed and the Court has heard/ruled on Defendants' dispositive motion.  The parties seek to avoid

24 unnecessary expenditure of the Court's time and resources to conduct a Settlement Conference

25 before a realistic possibility of settlement exists.

26   Accordingly, the parties stipulate to continue the Settlement Conference, from March 19,

27 2018, to July 16, 2018 or to a date convenient to the court.

28 ///

{01789477.DOCX}                                    2

**JOINT STIPULATION TO CONTINUE SETTLEMENT CONFERENCE; [~~PROPOSED~~] ORDER**

PORTER | SCOTT
350 University Avenue, Suite 200
Sacramento, CA  95825
TEL: 916.929.1481
FAX: 916.927.3706

1

**IT IS SO STIPULATED.**

2   Dated: March 9, 2018                                   PORTER SCOTT
                                                          A PROFESSIONAL CORPORATION
3

4

5                                                         By   /s/Carl L. Fessenden
                                                               Carl L. Fessenden
6                                                              Dan J. Bardzell
                                                               Attorneys for Defendants
7

8   Dated: March 9, 2018                          LAW OFFICE OF MARK E. MERIN

9                                                         By   /s/ Mark E.Merin [Authorized on 3/9/18]

10                                                             Mark E. Merin
                                                               Paul H. Masuhara
11                                                             Attorneys for Plaintiff MELISSA M.
                                                               NEYLON
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

{01789477.DOCX}                                    3

**JOINT STIPULATION TO CONTINUE SETTLEMENT CONFERENCE; [~~PROPOSED~~] ORDER**

1

**[~~PROPOSED~~] ORDER**

2

Based upon the Stipulation of the parties, and good cause shown:

3

1. The Settlement Conference is continued from March 19, 2018, to July 16, 2018 at 9:30

4

a.m.

5

6 IT IS SO ORDERED.

7

Dated: __**March 12, 2018**__ __**/s/ Jennifer L. Thurston**__

8

UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

{01789477.DOCX}                                                        1

**JOINT STIPULATION TO CONTINUE SETTLEMENT CONFERENCE; [PROPOSED] ORDER**