**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
Daniel J. Bardzell, SBN 313993
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
Attorneys for Defendants
COUNTY OF INYO; WILLIAM R. LUTZE;
RALPH DOUGLAS RICHARDS; and MICHAEL DURBIN

Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, California 95814
TEL: (916) 443-6911
FAX: (916) 447-8336
Attorneys for Plaintiff
MELISSA M. NEYLON

UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA M. NEYLON AND SHAWN P. NEYLON,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF INYO, WILLIAM R. LUTZE, RALPH DOUGLAS RICHARDS, MICHAEL DURBIN, and DOES 1 to 50,<br><br>Defendants.<br>_____/ | CASE NO. 1:16-cv-00712-AWI-JLT<br><br>**JOINT STIPULATION TO TAKE JULY 16, 2018 SETTLEMENT CONFERENCE OFF CALENDAR; [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER**<br><br>(Doc. 81) |

This Stipulation is entered into by and between Plaintiffs MELISSA M. NEYLON and Defendants COUNTY OF INYO; WILLIAM R. LUTZE; RALPH DOUGLAS RICHARDS; and MICHAEL DURBIN, through counsel of record. The Parties have conferred and agree that the Settlement Conferenced scheduled for July 16, 2018 be taken off calendar. The parties will revisit the issue following the Court's ruling on the pending Motion for Summary Judgment.

{01843181.DOCX}                                                    1
**JOINT STIPULATION TO TAKE JULY 16, 2018 SETTLEMENT CONFERENCE
OFF CALENDAR; [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER**

Defendant filed a Motion for Summary Judgment on April 6, 2018. On May 9, 2018, the Court took the matter under submission without oral argument. Previously, the Settlement Conference was continued in anticipation of the filing of the Summary Judgment Motion. At that time, the parties requested a date after the Motion was decided.

The parties have conducted preliminary settlement discussions in preparing for the upcoming Settlement Conference and maintain vastly divergent views on both liability and damages in this case. Indeed, based on the preliminary settlement discussions, the settlement conference would not be very fruitful because of the pending Motion for Summary Judgment. Therefore, the parties submit there exists good cause to take the Settlement Conference off calendar.

The parties are mindful of the Court's Order dated February 26, 2018 which continued the expert discovery deadline in this case to May 8, 2018 and further ordered that no other amendments to the case schedule are authorized. The parties respectfully submit that it does not affect the case calendar to cancel the Settlement Conference. The parties seek to avoid unnecessary expenditure of the Court's time and resources to conduct a Settlement Conference.

Accordingly, the parties stipulate to take off calendar the Settlement Conference scheduled for July 16, 2018.

**IT IS SO STIPULATED.**

Dated: June 26, 2018  PORTER SCOTT
A PROFESSIONAL CORPORATION

By /s/Carl L. Fessenden
    Carl L. Fessenden
    Dan J. Bardzell
    Attorneys for Defendants

Dated: June 26, 2018  LAW OFFICE OF MARK E. MERIN

By /s/Mark E. Merin (authorized 06/25/18)
    Mark E. Merin
    Paul H. Masuhara
    Attorneys for Plaintiff MELISSA M. NEYLON

{01843181.DOCX} 2

**JOINT STIPULATION TO TAKE JULY 16, 2018 SETTLEMENT CONFERENCE OFF CALENDAR; [PROPOSED] ORDER**

# [P~~ROPOSED~~] ORDER

Based upon the Stipulation of the parties:

1. The settlement conference scheduled for July 16, 2018 is VACATED.

IT IS SO ORDERED.

Dated: __**June 26, 2018**__     __**/s/ Jennifer L. Thurston**__
UNITED STATES MAGISTRATE JUDGE